IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,** | |
| Plaintiffs, | 8:13CV344 |
| vs. | |
| **FIRE BARN, LLC, and TRAVIS D. HARLOW,** | ORDER |
| Defendants. | |

This matter is before the court sua sponte, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

In this case the complaint was filed on November 22, 2013. **See** Filing No. 1. The plaintiffs sought summonses, serving the defendants on December 6, 2013. **See** Filing No. 8. Neither of the defendants have appeared in this case. No answer or any other document progressing the case has been filed. In any event, it remains the plaintiffs' duty to go forward in prosecuting the case. Accordingly, the plaintiffs shall have an opportunity to move for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate, against the defendants, or otherwise show cause why this action should not be dismissed.

**IT IS ORDERED**:

The plaintiffs have until the **close of business on March 6, 2014**, to file a motion for clerk's entry of default against the defendants or show cause why this case should not be dismissed for failure to prosecute.

Dated this 18th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge