# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,**<br><br>                    Plaintiffs,<br><br>    vs.<br><br>**FIRE BARN, LLC, and**<br>**TRAVIS D. HARLOW,**<br><br>                    Defendants. | 8:13CV344<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on March 3, 2014, by Jill Robb Ackerman, attorney for the plaintiffs,

**IT IS ORDERED** that:

1. On or before **April 3, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The March 6, 2014, show cause deadline is terminated.

Dated this 3rd day of March, 2014.

                                BY THE COURT:

                                 s/ Thomas D. Thalken
                                United States Magistrate Judge